**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**EDDIE DABBS**                                                                 **PLAINTIFF**

**v.**                                                                           **No. 2:08CV187-P-A**

**SHERIFF ANDREW THOMPSON, ET AL.**                               **DEFENDANTS**


**<u>FINAL JUDGMENT</u>**

In accordance with the memorandum opinion issued today in this cause, the instant case

is hereby **DISMISSED** with prejudice for failure to state a claim upon which relief could be

granted, counting as a "strike" under  28 U.S.C. §§ 1915 (e)(2)(B)(i) and 1915(g).  In addition,

the plaintiff's two motions [6], [7] to amend his complaint are hereby **DENIED.**


**SO ORDERED,** this the 17th day of February, 2009.


/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE